Daniel J. Brooks (DB-3136)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
(212) 973-8000

Attorneys for Defendant



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DR. MAC TRUONG,

               Plaintiff,          07 Civ. _____ ( )

-against-                               **RULE 7.1 STATEMENT**

CHARLES SCHWAB & CO., INC.,

               Defendant.
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for CHARLES SCHWAB & CO. INC. certifies that the following are corporate parents of said party, which are publicly held:

      The Charles Schwab Corporation

Dated: New York, New York          SCHNADER HARRISON SEGAL
       September 14, 2007              & LEWIS LLP

                                                   By: _____
                                                      Daniel J. Brooks (DB-3136)
                                                   140 Broadway, Suite 3100
                                                   New York, New York 10005
                                                   (212) 973-8000
                                                   *Attorneys for Defendant*