USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DR. MAC TRUONG,                          :      07 Civ. 8085 (SHS)

              Plaintiff,               :

      -against-                           :      ORDER

CHARLES SCHWAB & CO., INC.,              :

              Defendant.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Plaintiff Mac Truong has moved to remand this action to New York State Supreme Court, New York County. There is no basis for granting such a motion. Defendant Charles Schwab & Co., Inc. has properly removed this action to this Court. Each of the requirements for proper removal pursuant to 28 U.S.C. §§ 1441 and 1446 have been met, including diversity of citizenship, amount in controversy and all applicable time periods. Accordingly,

      IT IS HEREBY ORDERED that plaintiff's motion to remand this action to state court is denied.

Dated: New York, New York
       November 15, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.