UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DR. MAC TRUONG,                             :         07 Civ. 8085 (SHS)

                Plaintiff,           :

    -against-                                :         ORDER

CHARLES SCHWAB & CO., INC.,                 :

                Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that:

       1.     Plaintiff's motion for summary judgment is denied. At a minimum, it does not comply with Local Civil Rule 56.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. Truong did not file a Rule 56.1 statement of material facts as to which plaintiff contends there is no genuine issue to be tried. See Holtz v. Rockefeller & Co., 258 F.3d 62, 73 (2d Cir. 2001); MSF Holding Ltd. v. Fiduciary Trust Co. Int'l, 435 F. Supp. 285, 303-04 (S.D.N.Y. 2006);

       2.     Defendant's time in which to answer or move in response to the complaint in this action is adjourned to December 20, 2007; and

       3.     If defendant does move, plaintiff's response is due on or before January 21, 2008 and defendant's reply is due on or before February 12, 2008.

Dated: New York, New York
       November 20, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Returned to chambers for scanning on _11.26.07_.
Scanned by chambers on _____.