Exhibit K

```
                                                                    1

 1

 2   SUPREME COURT OF THE STATE OF NEW YORK
     NEW YORK COUNTY  - CIVIL TERM - PART  27
 3   ----------------------------------------X
     DR. MAC TRUONG,
 4                      PLAINTIFF,
                   -against-
 5   CHARLES SCHWAB MEMBER:  SIPC, N.Y.
     STOCK EXCHANGE,
 6                      DEFENDANT.
     ----------------------------------------X
 7   CHARLES SCHWAB & CO., INC.,
                      Defendant and Third Party
 8                    Interpleading Plaintiff,
              -against-
 9   TRAN DINH TRUONG, VISHIPCO LINES and
     DAI NAM HANG HAI CONGTY VISHIPCO LINE
10   OF VIETNAM,
                      Third Party Interpleaded
11                    Defendants.
     ----------------------------------------X
12   Index No. 604650/97       60 Centre Street
     MOTION                    New York, New York
13                             August 16, 2007
     B E F O R E:   HONORABLE IRA GAMMERMAN, Judicial Hearing
14   Officer.

15   A P P E A R A N C E S:
         DR. MAC TRUONG, ESQ.,
16       PRO SE

17       SCHNADER, HARRISON, SEGAL & LEWIS, LLP
         Attorneys for the Defendant and Third
18       Party Interpleading Plaintiff
         140 Broadway
19       New York, New York      10005-1101
         212-973-8150
20       BY:  DANIEL J. BROOKS, ESQ.

21       LEVY & BOONSHOFT, P.C.
         Attorneys for Third Party Interpleaded Defendants
22       477 Madison Avenue
         New York, New York     10022
23       212-751-1414
         BY:  DAVID M. LEVY, ESQ.
24
              MICHAEL J. DAUGENTI, CSR, RPR, RMR, CRR
25                  OFFICIAL COURT REPORTER

26
```

1                           Proceedings
2           THE COURT:  This case is 7084.  I thought I
3  put this case to bed in September of 2002.  This is a
4  case in which some money was collected presumably by
5  the plaintiff in connection with monies due some
6  Vietnamese shipping lines and an account was opened at
7  Schwab and there was a dispute as to who was entitled
8  to the money.
9           Judge Cozer decided, when he had this case
10 before I did, I guess it was transferred to me at some
11 point --
12          MR. BROOKS:  He went up to the second
13 department.
14          THE COURT:  -- that the money, in any
15 event, irrespective of who was entitled to it, the
16 plaintiff was not, based on a breach of fiduciary
17 duty.
18          There was then a dispute between a lawyer
19 who claimed to represent the government of Vietnam and
20 I guess the owners of the shipping lines concerning
21 the right to the money.  And I eventually dismissed
22 any claim by the Government of Vietnam based on the
23 failure of the Government, the Government of Vietnam,
24 to produce any of the documents requested or to
25 produce anybody for a deposition.
26          And now as I understand it all the money

|   |   |
|---|---|
| 1 | Proceedings |

2  has now been turned over to Mr. Levy's client.  Is
3  that correct?
4           MR. LEVY:  That's correct.
5           MR. TRUONG:  That's not the point, your
6  Honor.
7           THE COURT:  Stop talking.
8           MR. TRUONG:  I would object and withdraw my
9  consent to --
10          THE COURT:  Stop talking.
11          MR. TRUONG:  I will object to have consent
12 to have the judge --
13          THE COURT:  Stop talking.  Stop talking.
14          MR. TRUONG:  Your Honor, you don't ever let
15 me talk when it's my motion.
16          THE COURT:  Stop talking.
17          MR. TRUONG:  I can't even present my views.
18 You let him talk.
19          THE COURT:  Mr. Truong, if you don't stop
20 talking I'll deny your motion and that will be the end
21 of it and goodbye.
22          Do you want to make a record?
23          MR. TRUONG:  Your Honor, do you --
24          THE COURT:  If you don't stop talking, the
25 motion is denied.  Now stop talking.
26          MR. TRUONG:  I would like now to move the

4

|    | Proceedings |
|----|---|
| 1  | |
| 2  | court to withdraw my consent to have the judgment. |
| 3  |             THE COURT:  Too late.  Once you're married |
| 4  | to me you're married to me. |
| 5  |             Is there any money still on deposit? |
| 6  |             MR. TRUONG:  I will -- would you give that |
| 7  | to me -- |
| 8  |             THE COURT:  There is no money on deposit? |
| 9  |             MR. BROOKS:  That's what happened.  After |
| 10 | September 2002, when you ordered my partner Eamonn |
| 11 | Foley to pay all the money -- and Judge Cozer said all |
| 12 | the money will be paid at the time -- we didn't pay it |
| 13 | for six months.  Here's why. |
| 14 |             THE COURT:  I just want to know if it's |
| 15 | been paid. |
| 16 |             MR. BROOKS:  It has all been paid, but it |
| 17 | was held up by him, by the bankruptcy, Judge Dankfer |
| 18 | was here representing -- you held him in contempt. |
| 19 | First he had stolen some of the money out.  That's |
| 20 | what happened in 2003. |
| 21 |             Finally when all that was resolved, yes, we |
| 22 | paid all the money, every penny. |
| 23 |             MR. TRUONG:  I cannot stand that, Judge. |
| 24 | Can I have five minutes to speak my version, your |
| 25 | Honor? |
| 26 |             THE COURT:  All the money's been turned |

```
 1                        Proceedings
 2   over.  What are you seeking, Mr. Truong?
 3              MR. TRUONG:  What I'm seeking is this, your
 4   Honor.  I don't contest.  If that's the case, even my
 5   commission is gone.  Even my -- let's say all the
 6   money I earned on behalf of Vishipco is gone because
 7   of Judge Cozer's decision, which is not correct.  So,
 8   even if it so, it's come out to $550,000 in total,
 9   your Honor.
10              Now, because of that, they mess up the
11   whole thing by saying that even my IRA account, which
12   has absolutely nothing to do with the Vishipco money
13   that I own and that is $450,000 in my account.  They
14   take it out and give it to --
15              THE COURT:  What you're saying is that you
16   had your own money unrelated to any money you
17   collected for these steamship lines.
18              MR. TRUONG:  Or my commissions.
19              THE COURT:  Stop talking.
20              Any money -- any unrelated money that you
21   collected for these steamship lines, on deposit with
22   Charles Schwab.
23              MR. TRUONG:  Yes.
24              THE COURT:  And that money has also been
25   turned over to the owners of the steamship lines;
26   correct?  Is that correct?
```

6

|    | Proceedings |
|----|---|
| 1  | |
| 2  | MR. TRUONG: Yes, correct. |
| 3  | MR. BROOKS: And, your Honor -- |
| 4  | THE COURT: Just stop talking. |
| 5  | MR. TRUONG: One more thing. |
| 6  | THE COURT: Stop talking. Just a minute. |
| 7  | Now I understand your claim. |
| 8  | MR. BROOKS: His client, Mr. Hershkowitz, |
| 9  | if you look at that transcript you were just looking |
| 10 | at, on September 25th made the same arguments here. |
| 11 | He said you can't turn over his money, that's his |
| 12 | personal money, and you told us to do it. And not |
| 13 | only that, Judge Cozer said all the interpleaded |
| 14 | accounts, his daughter's, his son's, his IRA, all of |
| 15 | those accounts were traceable to the original |
| 16 | recovery. |
| 17 | MR. TRUONG: That is a lie, your Honor. |
| 18 | THE COURT: Just a minute. |
| 19 | Dr. Truong, it's now 2007. The money was |
| 20 | turned over, as I understand, sometime in late 2002 or |
| 21 | early 2003. |
| 22 | MR. BROOKS: March 2003. |
| 23 | THE COURT: What happened between March of |
| 24 | 2003 and now, August of 2000? |
| 25 | MR. BROOKS: He brought seven frivolous |
| 26 | federal lawsuits against us for the same relief. |

7

1                    Proceedings
2           THE COURT: I'm asking him.
3           What happened between March of 2003 and
4   August of 2007 with respect to this claim?
5           MR. TRUONG: Yes, your Honor. First, even
6   if it's true, I still have six years of statute of
7   limitations for my account.
8           THE COURT: My suggestion is you start a
9   lawsuit against --
10          MR. BROOKS: He's withdrawing.
11          THE COURT: Don't interrupt, please.
12          MR. BROOKS: I'm sorry.
13          THE COURT: My suggestion is, if you
14  maintain that Schwab improperly turned over money that
15  belonged to you unrelated to any of the monies that
16  you collected in connection with this claim of these
17  shipping lines, you start a lawsuit against Schwab in
18  an appropriate court and that issue can be litigated.
19          MR. TRUONG: Thank you very much, your
20  Honor.
21          THE COURT: But it's not going to be
22  litigated within the framework of this lawsuit.
23          MR. TRUONG: Then it's okay, your Honor.
24          MR. BROOKS: No, it's not. He's been
25  enjoined by Judge Sidney Stein.
26          MR. TRUONG: He's lying.

1        Proceedings
2        THE COURT: That's not --
3        MR. BROOKS: At some point this has to come
4    to an end, your Honor.
5        MR. TRUONG: That's unfair, your Honor.
6        THE COURT: That's it. You tell me what's
7    happened in the four years between.
8        MR. BROOKS: Right after you ordered us to
9    pay the money, he brought six lawsuits in the Southern
10   District against Schwab, against my old law firm my
11   old partner, Eamonn Foley, in the Southern District
12   for the very same thing he's claiming now.
13       It took years. We got them dismissed,
14   Judge Stein dismissed them, sanctioned him under 28
15   USC 1927, enjoined him from ever suing Schwab or its
16   lawyers again. He also sued us in federal court in
17   New Jersey --
18       MR. TRUONG: Your Honor --
19       THE COURT: I'll let you talk in a minute.
20       MR. BROOKS: I'm not finished.
21       We had to have that moved, transferred here
22   to the Southern District. By the way, he sued Judge
23   Cozer, he sued Judge Tompkins, He sued --
24       THE COURT: He hasn't sued me yet.
25       MR. BROOKS: -- every judge on the
26   Appellate Division who disbarred him. This has to

|   |   |
|---|---|
| 1 | Proceedings |
| 2 | come to an end.  This can't go on.  You shouldn't give |
| 3 | him ideas to file yet another frivolous lawsuit. |
| 4 | THE COURT:  I didn't realize he was |
| 5 | enjoined by Judge Stein. |
| 6 | MR. BROOKS:  The judge dismissed his claim |
| 7 | on res adjudicata.  That's why he's back here now. |
| 8 | All the federal courts, it's been litigated here.  Now |
| 9 | he's going to say you invited him to bring other |
| 10 | lawsuit.  This is ridiculous. |
| 11 | MR. TRUONG:  Judge Stein only listened to |
| 12 | him and misinterpreted your order by saying that |
| 13 | interpleaded assets is everything.  It is not |
| 14 | everything because actually I have got Mr. Foley's |
| 15 | papers itself, that I submitted in my motion showing |
| 16 | that my IRA account has absolutely nothing to do with |
| 17 | the money.  That's a half million dollars, your Honor. |
| 18 | Now you can see, I'm almost as old as you |
| 19 | are and I need my money.  If you say I have to make it |
| 20 | A separate action, then that's what I will do. |
| 21 | THE COURT:  Counselor, Dr. Truong, I'm not |
| 22 | certainly overruling Judge Stein.  Judge Stein has |
| 23 | enjoined you from starting an action against Schwab. |
| 24 | You're enjoined from starting an action against |
| 25 | Schwab.  You have to get the relief from Judge Stein. |
| 26 | MR. TRUONG:  Yes, your Honor.  If you are |

                                                              10
1                        Proceedings
2   neutral on that, that's all right with me, your Honor.
3            THE COURT:  Anybody else would like to say
4   anything?
5            MR. BROOKS:  I would like you to enjoin him
6   from coming back on this case on this index number.
7            THE COURT:  He can't do it anymore.
8            MR. BROOKS:  I would like you to order him
9   not to.
10           THE COURT:  It seems to me, Dr. Truong,
11  that this case is over.  And if you're going to get
12  relief -- and I suspect you're not going to get relief
13  because you've been enjoined by Judge Stein.
14           MR. TRUONG:  That's not so, because it's on
15  appeal --
16           THE COURT:  That's something you and Judge
17  Stein are going to have to work out.  In any event,
18  this motion is denied.
19           Anybody want to say anything else?
20           MR. LEVY:  I join in Mr. Brooks'
21  application for something a little bit more than just
22  denial of Mr. Truong's motion.  You know, when we left
23  your courthouse it's not like he just ran back to his
24  office and instructed his client to wire the money to
25  my clients.
26           We went through a process whereby counsel

```
                                                              11
 1                          Proceedings
 2   went to the bankruptcy court to make sure that there
 3   was no impingement on any sort of bankruptcy stay.
 4   This was done very methodically.  Mr. Truong has had
 5   several opportunities to appeal.
 6              THE COURT:  Wasn't there an accounting
 7   here?
 8              MR. TRUONG:  That's the point, your Honor.
 9              THE COURT:  Just a second.  My notes
10   indicated that Judge Cozer directed an accounting.
11              MR. LEVY:  The accounting was a cause of
12   action that my clients brought against the fiduciary.
13   Mr. Truong believes that that was Judge Cozer's
14   invitation to see how much he's owed.  In fact, if you
15   look at Judge Cozer's decision, you'll see the action
16   for the accounting was granted to the extent of
17   requiring Dr. Truong to account for every nickel.
18              THE COURT:  What happened?
19              MR. LEVY:  It was stayed because of his
20   bankruptcy and eventually we withdrew that claim when
21   you dismissed it.
22              MR. TRUONG:  Therefore, it would still only
23   be the figure that Judge Cozer --
24              THE COURT:  In any event, this motion is
25   denied for the reasons indicated on the record.
26              Thank you all very much.
```

```
                                                              12
                              Proceedings
          MR. TRUONG:  Thank you very much, your
     Honor.
                 *              *              *



                         C E R T I F I C A T E



     It is hereby certified that the foregoing is a true and
     accurate transcript of the proceedings.

               _____/s/ Michael J. Daugenti_____
                 MICHAEL J. DAUGENTI, CSR, RPR, RMR, CRR
                 OFFICIAL COURT REPORTER
                 SUPREME COURT-NEW YORK COUNTY
```