# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

      Timothy Clancy, being duly sworn, deposes and says, deponent is not a party to this action, is over eighteen (18) years of age and resides in Monmouth County, New Jersey. That on the 19th day of December 2007, deponent served the attached NOTICE OF MOTION with DECLARATION OF DANIEL J. BROOKS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT upon:

        Mac Truong
        325 Broadway, Suite 200
        New York, New York 10007

by hand delivery.

                      _____
                      Timothy Clancy

Sworn to before me this
19th day of December, 2007

_____
      Notary Public

MICHELLE J. HOVE
Notary Public, State of New York
No. 01HO6125278
Qualified in Nassau County
Commission Expires April 11, 20__